IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CRIMINAL NO. 19-30124-NJR |
| BRIAN L. REDDEN, | ) ) | Title 18, United States Code, Sections |
| Defendant. | ) ) | 1791(a)(2) and (b)(1). |

**FILED SEP 1 8 2019**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## INDICTMENT

**THE GRAND JURY CHARGES:**

**POSSESSION OF CONTRABAND BY A FEDERAL INMATE**

On or about April 7, 2019, in Bond County, Illinois, within the Southern District of Illinois,

**BRIAN L. REDDEN,**

defendant herein, an inmate of the federal correctional facility at Greenville, Illinois, commonly known as FCI-Greenville, did knowingly possess a prohibited object, to wit: Buprenorphine, also known as Suboxone, a Schedule III controlled substance and a narcotic drug; all in violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(1).

**A TRUE BILL**

_Angela Scott_
ANGELA SCOTT
Assistant United States Attorney

_[signature]_
STEVEN D. WEINHOEFT
United States Attorney

Recommend Bond: Detention